UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 00972
   PATRICIA HARRIS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-4753

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 01/12/2005 and was confirmed 02/28/2005.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

   The case was paid in full 10/05/2007.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO AUTO FINANCE | SECURED | .00 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | 38.00 | .00 | 38.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 3164.80 | .00 | 3164.80 |
| ARROW FINANCIAL SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 591.66 | .00 | 591.66 |
| FIRST NORTH AMERICAN BAN | NOTICE ONLY | NOT FILED | .00 | .00 |
| GATEWAY CHEVROLET | UNSECURED | NOT FILED | .00 | .00 |
| JOHN P FRYE PC | UNSECURED | NOT FILED | .00 | .00 |
| PERFORMANCE CAPITAL MANA | UNSECURED | 935.94 | .00 | 935.94 |
| TRAUNER COHEN & THOMAS | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 715.72 | .00 | 715.72 |
| INTERNAL REVENUE SERVICE | UNSECURED | 5.01 | .00 | 5.01 |
| SHERMAN ACQUISITION | UNSECURED | 339.45 | .00 | 339.45 |
| B-LINE/CROSS COUNTRY | FILED LATE | 1719.53 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | 255.99 | .00 | 255.99 |
| CHARLES N THERMAN ESQ | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 336.81 |
| DEBTOR REFUND | REFUND | | | 61.62 |

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 6,445.00 | |
| PRIORITY | | 3,420.79 |
| SECURED | | .00 |
| UNSECURED | | 2,625.78 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | 336.81 |
| DEBTOR REFUND | | 61.62 |
|  | --------------- | --------------- |

PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 00972 PATRICIA HARRIS

TOTALS                          6,445.00              6,445.00


    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 01/28/08                 /s/ Tom Vaughn
                                _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE